UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SANDRA KAY WALKER, ) | |
| Plaintiff, ) | Case No. CV 12-2248 AJW |
| v. ) | J U D G M E N T |
| CAROLYN W. COLVIN, ) Acting Commissioner of the Social ) Security Administration, ) | |
| Defendant. ) | |

**IT IS ADJUDGED** that the Commissioner's decision is reversed, and the case is remanded for further administrative proceedings consistent with the memorandum of decision

March 28 , 2013

_____
ANDREW J. WISTRICH
United States Magistrate Judge